Michael P. Matesky, I
Patrick Peluso
Matesky Law PLLC
4500 9th Ave. NE, Suite 300
Seattle, Washington 98105
Tel: (206) 701- 0331
mike@mateskylaw.com

Attorneys for Plaintiff

Mark T. Case (WSBA No. 38589)
P.O. Box 30131
Spokane, WA 99223
Tel: (425) 890-2817

Attorneys for Defendant
*Columbia Debt Recovery, LLC
d/b/a Genesis*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

| | |
|---|---|
| BRYCE ABBINK, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS, a Washington limited liability company,<br><br>  Defendants. | CASE NO. 2:24-cv-00557-GJL<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff Bryce Abbink ("Plaintiff") and Columbia Debt Recovery LLC d/b/a GENESIS ("Defendant") (Plaintiff and Defendant through their respective counsel), as follows:

{00204717;1}

1

Defendant shall have an extension of time, up to and including June 17, 2024, within which to respond to Plaintiff's Complaint on file herein.  The parties agree that the requested continuance will not cause any prejudice to them and will not interfere with any other date or deadline currently set by the Couret I this case.  No previous extension for Defendant to respond to Plaintiff's Complaint has been requested.

A proposed Order regarding this stipulated request is submitted concurrently herewith for the Court's consideration.

Respectfully submitted

MATESKY LAW PLLC

Dated:  June 14, 2024

s/Michael P. Matesky, II
Michael P. Matesky, II.
Patrick Peluso
Attorneys for Plaintiff,
*Bryce Abbink*

Dated:  June 14, 2024

 s/ Mark T. Case
Mark T. Case (WSBA No. 38589)
Attorneys for Defendant,
*Columbia Debt Recovery LLC*

{00204717;1}

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Mark T. Case, am the ECF user whose identification and password are being used to file the **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**. Pursuant to Civil Local Rule IC 5-1(d), I hereby attest that all counsel whose electronic signatures in the **STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** provided their authority and concurrence to file this document.

Dated: June 14, 2024

By: */s/ Mark T. Case*
Mark T. Case

{00204717;1}