1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| BRYCE ABBINK, | CASE NO. C24-557 MJP |
| Plaintiff, | ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS, | |
| Defendant. | |

10
11
12
13
14
15
16

    This matter comes before the Court on the Parties' Joint Motion for an Extension of Time to File an Answer to the Complaint. (Dkt. No. 5.) The Parties have requested Defendant be afforded until June 17, 2024, to respond to Plaintiff's Complaint. (Id.) Because Defendant has filed an Answer to the Complaint (Dkt. No. 6), the Court DENIES the Motion as MOOT.

17
18
19
20

\\

21

\\

22

\\

23

\\

24

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated June 21, 2024.

3

4                                    Marsha J. Pechman
                                     United States Senior District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24